IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS K. KARPF | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ET AL. | : | NO. 10-1401 |
| | : | |

# ORDER

**AND NOW**, this  27th  day of   March   , 2014, it is **ORDERED** that Plaintiff's Motion for Leave to Amend (ECF No. 33) is **GRANTED**. It is further **ORDERED** that Defendant Massachusetts Mutual Life Insurance Company's Motion to Dismiss (ECF No. 17), and Defendants Harris S. Fishman and First Financial Group's Motion to Dismiss (ECF No. 22) are **GRANTED** in part and **DENIED** in part, as follows:

1. Counts I, II, III, and VIII are **DISMISSED** as to MassMutual.

2. Counts IV, V, VI, VII, IX, X, XI, XII, XIII, and XIV are **DISMISSED** as to all Defendants.

3. MassMutual is **DISMISSED** from this action.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**