IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOUGLAS K. KARPF : 
: CIVIL ACTION
v. :
: NO. 10-1401
MASSACHUSETTS MUTUAL LIFE :
INSURANCE COMPANY, ET AL. :

# **O R D E R**

**AND NOW**, this  28th  day of   February  , 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 76), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment as to Count I of the Amended Complaint (breach of contract) is **DENIED**.

2. Defendants' Motion for Summary Judgment as to Count II of the Amended Complaint (tortious interference with existing contractual relations) is **GRANTED**, and Count II of the Amended Complaint is **DISMISSED**.

3. Defendants' Motion for Summary Judgment as to Count III of the Amended Complaint (tortious interference with prospective contractual relations) is **DENIED.**

4. Defendants' Motion for Summary Judgment as to Count VIII of the Amended Complaint (unfair competition) is **DENIED.**

**IT IS SO ORDERED.**

                                      **BY THE COURT:**

                                      */s/*

_____
                                      **R. BARCLAY SURRICK, J.**