IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS K. KARPF | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-1401 |
| MASSACHUSETTS MUTUAL LIFE | : | |
| INSURANCE COMPANY, ET AL. | : | |

**O R D E R**

**AND NOW**, this  27th  day of  April , 2018, upon consideration of the Daubert Motion of Defendants, First Financial Group and Harris Fishman, To Preclude the Testimony Of Plaintiff's Expert, Linda Piotrowski (ECF No. 77), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**